UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LANCE REBERGER,
    #39494

    Plaintiff,

vs.

ROBERT LEGRAND, *et al.*,

    Defendants.

3:12-cv-00130-LRH-WGC

**ORDER**

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the complaint (ECF #1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."


1     **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 28th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE