1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9    LANCE REBERGER,                    )
          #39494                        )
10                                      )
              Plaintiff,                )         3:12-cv-00130-LRH-WGC
11                                      )
     vs.                                )
12                                      )         **ORDER**
     ROBERT LEGRAND, *et al.*,          )
13                                      )
              Defendants.               )
14   _____/

15          Plaintiff has submitted a *pro se* civil rights complaint.  Plaintiff has failed to either pay the filing

16   fee or submit an application to proceed *in forma pauperis* on the required form.  *See* 28 U.S.C. §

17   1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2.  Accordingly, plaintiff's action is dismissed

18   without prejudice.  If plaintiff wishes to pursue this matter, he should file a new action, with a new case

19   number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis*

20   on the court-approved form.  The application must be accompanied by all required financial

21   documentation, as described in the instructions for use of the form.

22          **IT IS THEREFORE ORDERED** that the Clerk shall **DETACH** and **FILE** the complaint (ECF

23   #1-1).

24          **IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

25          **IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for

26   filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by

27   a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In*

28   *Forma Pauperis*."

1   **IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this

2   case.

3

4   DATED this 28th day of March, 2012.

5

6

7   _____
    LARRY R. HICKS

8   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2